UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
TEJASH SANCHALA, in his capacity as the
Executive Director of the Westchester County
Fair Housing Board, on the complaint of Joan
C. Garris,
                 Plaintiff,

v.

THE KEARNEY REALTY AND
DEVELOPMENT GROUP, INC.,
CROSSROADS AT BALDWIN PLACE
HOUSING DEVELOPMENT FUND
COMPANY, INC., CROSSROADS AT
BALDWIN PLACE LIMITED
PARTNERSHIP, and CROSSROADS AT
BALDWIN PLACE ASSOCIATES, LLC.,
                 Defendants.
--------------------------------------------------------------x

**ORDER**

22 CV 9241 (VB)

      On October 27, 2022, plaintiff commenced the instant action by filing a complaint. (Doc. #1). Plaintiff requested a summons as to all defendants on October 28, 2022, which the Clerk of Court issued on October 31, 2022. (Docs. ##3–6, 8–11).

      More than ninety days have elapsed since the complaint was filed. Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure: "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period." Fed. R. Civ. P. 4(m).

      Pursuant to Rule 4(m), plaintiff had until January 25, 2023, to serve all defendants. However, the docket does not reflect that any defendant has been served.

      Accordingly, pursuant to Rule 4(m), this action will be dismissed without prejudice unless, on or before **February 9, 2023**, plaintiff either: (i) files on the ECF docket proof of service, indicating all defendants were served on or before January 25, 2023; or (ii) shows good cause in writing for plaintiff's failure to comply with Rule 4(m).

Dated: February 2, 2023
       White Plains, NY

                                       SO ORDERED:

                                       Vincent L. Briccetti
                                       United States District Judge